**CATERPILLAR AMERICAS COMPANY, Appellant,**

v.

**S. S. SEA ROADS her engines, tackle, etc., and Sea Road Shipping Company, Appellees.**

No. 22212.

United States Court of Appeals Fifth Circuit.

Sept. 2, 1966.

Frank J. Marston, Miami, Fla., for appellant.

Roland R. Parent, Miami, Fla., for appellees.

Before TUTTLE, Chief Judge, THORNBERRY, Circuit Judge, and CARSWELL, District Judge.

PER CURIAM:

We are in accord with the views expressed in the able opinion of the district court appearing in 231 F.Supp. 647, and on the basis of that opinion we accordingly

Affirm.

**C. O. CHINN, Appellant,**

v.

**STATE OF MISSISSIPPI, Appellee.**

No. 22233.

United States Court of Appeals Fifth Circuit.

Aug. 22, 1966.

Carsie A. Hall, Henry M. Aronson, R. Jess Brown, Jackson, Miss., Anthony G.

Amersterdam, Philadelphia, Pa., Alvin J. Bronstein, Jack Young, Jackson, Miss., Jack Greenberg, Melvyn Zarr, New York City, for appellant.

Peter M. Stockett, Jr., William A. Allain, Asst. Attys. Gen., Jackson, Miss., William L. Waller, Dist. Atty., Jackson, Miss., Perry Parker, County Atty. of Madison County, Canton, Miss., Joe T. Patterson, Atty. Gen. of State of Mississippi, Jackson, Miss., for appellee.

Before RIVES and BELL, Circuit Judges, and FULTON, District Judge.

PER CURIAM:

This appeal is controlled by Peacock v. City of Greenwood, Mississippi, 1965, 384 U.S. 808, 86 S.Ct. 1800, 16 L.Ed.2d 944, in which the Supreme Court held that grounds for removal of civil rights cases to the United States District Court under 28 U.S.C.A. § 1443, do not include such grounds as are alleged in this case.

Affirmed.